PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____ DISTRICT OF TEXAS**
**_____ DIVISION**

NEVILLE AMBROSE DESOUZE
Plaintiff's Name and ID Number

WAYNE SCOTT TDCJ
Place of Confinement

**AMENDED**

CASE NO. 24CV1799
(Clerk will assign the number)

v.

EARLINE ROUMELDA DESOUZE GREEN
Defendant's Name and Address

4339 FALLEN OAKS
Defendant's Name and Address

HOUSTON, TEXAS 77091
Defendant's Name and Address
( DO NOT USE "ET AL.")

*United States Courts*
*Southern District of Texas*
*FILED*
*SEP 27 2024*
*Nathan Ochsner, Clerk of Court*

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✔ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __2002__

        2. Parties to previous lawsuit:

            Plaintiff(s) __AMBROSE DESOUZE__

            Defendant(s) __GIB LEWIS WARDEN__

        3. Court: (If federal, name the district; if state, name the county.) __TYLER__

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) __DISMISSED__

        7. Approximate date of disposition: __2003__

II. PLACE OF PRESENT CONFINEMENT: __WAYNE SCOTT TDCJ__

2

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: NEVILLE AMBROSE DESOUZE
WAYNE SCOTT UNIT 4 JESTER RD, RICHMOND
TEXAS 77406

B. Full name of each defendant, his official position, his place of
employment, and his full mailing address.

Defendant #1: EARLINE ROUMELDA DESOUZE GREEN
4339 FALLEN OAKS HOUSTON TEXAS 77091

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
KIDNAP ME AS AN INFANT

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
HAD HER DAUGHTER STEAL MY MILITARY

Defendant #3: RECORDS AND BENEFITS

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
HAD ME IMPLANTED WITH MICROCHIP

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
HAD ME RAPED IN PRISON

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

HAD ME KIDNAPPED AND BROUGHT TO UNITED STATES. HAD HE DAUGHTER MARLENE RAPE ME TO GET BENEFITS. HAD HE DAUGHTER DIANA STEAL MY MILITARY RECORDS TO GET MY BENEFITS... HAD ME IMPLANTED WITH MICROCHIP BY DOCTORS... HAD ME LOCK UP IN PRISON ON FALSE CHARGES... HAD ME RAPED BY A MALE PRISONER. HAD ME IMPRISONED ON FALSE CHARGES. STEALING MY MAIL AND INTELLECTUAL PROPERTY. JAMES WEBB SATELLITE AND MAGNETIC MOTOR AND MAGNETIC PROPELLOR

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ONE MILLION DOLLARS DAMAGES

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

NEVILL JACKSON

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?        ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?        ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _____
               DATE

*Neville F. De Souza*

_____
           (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
           (Day)                (month)         (year)

*Neville A De Souza*

_____
           (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Case 4:24-cv-01799 Document 7 Filed on 09/27/24 in TXSD Page 6 of 13

MY NAME IS NEVILLE AMBROSE DESOUZE
I AM FROM TRINIDAD AND TOBAGO
I WAS KIDNAPED BY A ROMAN
CATHOLIC PRIEST NAMED JOSEPH
RATSINGER WHEN I WAS AN INFANT
JOSEPH RATZINGER HAD HEMANT SINGH
AKA HEMANT PATEL AKA HEMANT TABANI
RAPE MY MOTHER GLORIA MALIK
AND TO MURDER HER.
THEY BLAMED AND FRAMED MY FATHER
AND LOCKED UP MY FATHER ABDUL MALIK
FOR LIFE IN PRISON.
JOSEPH RATZINGER MOVED ME INTO A
HOUSE WITH EARLINE ROUMELDA DESOUZE
MOTHER MARY ELODE DESOUZE.
AND WHEN I REACH THIRTEEN YEARS OF
AGE MOVED ME TO HOUSTON TEXAS TO
LIVE WITH EARLINE ROUMELDA DESOUZE
GREEN. IN 1999 I WAS IMPRISONED FOR
SHAVING OFF EARLINE DESOUZE GREEN
HAIR. IN 2018 BARACK OBAMA GAVE ME
A COMMISSION ON AN IDEA I GAVE HIM
FOR CBD OIL. I WITHDRAW TWO MILLION
DOLLARS FOR MY DAUGHTER NATASHA
IN 2018

AND THEN JOSEPH RATZINGER AND THE
ROMAN CATHOLIC CHURCH STARTED USING
ARTIFICIAL INTELLIGENCE TO MANIPULATE
ME. THEY SHOWED ME MY DAUGHTER NATASHA
AND TOLD ME I HAD UNLIMITED FUNDS,
I THEM WITHDRAW SIXTEEN MILLION TO
SAINT ANN CHURCH. JOSEPH RATZINGER
WANT ME TO JOIN THE ROMAN CATHOLIC
CHURCH. HE STARTED BROADCASTING
SEXUALLY EXPLICIT IMAGES INTO MY EYES
DAY AND NIGHT SINCE 2018. HE HAD MY
RAPED IN 2022 BY SOMEONE WHILE I
WAS ASLEEP. HE HAVE TRIED TO POISON ME
SEVERAL TIMES SINCE 2018. HE HAVE A
GARMENT CALLED A TALLIT THAT MAKES
ONE INVISIBLE AND LIGHT AS AIR
AND ABLE TO PASS THROUGH ANY
KIND OF MATERIAL AND FLY.
HE GOT A GROUP OF PEOPLE WEARING
TALLITS WITH CAMERAS RECORDING
ME TWENTY FOUR HOURS A DAY FOR
YEARS NOW. HE IS STEALING MY INTELLECTUAL
PROPERTY THAT I SEND MY DAUGHTER THRU
THE UNITED STATES POSTAL SERVICE MAIL
HE IS TRYING TO KILL ME, HE SAID HE
HAD ME LOCKED UP AND HE WILL NOT
RELEASE ME. THEY ARE TAKING SPERM OUT
OF MY BODY

HE HAVE HIS MEMBERS IN MY CELL
DAY AND NIGHT FOR MONTHS NOW
VIDEOTAPING ME AND RAPING ME
WHILE I SLEEP
THEY ALL HAVE TALLITS WHEN THEY
DO THIS

INTERPOL

600 E. ST NW #600

WASHINGTON DC 20004

DEAR SIR-MADAME

ST. ANN ROMAN CATHOLIC CHURCH OF
ARIMA, TRINIDAD AND TOBAGO, WEST
INDIES HAVE SCAMMED ME OUT OF
EIGHTEEN MILLION DOLLARS
THROUGH THE INMATE TRUST
FUND ACCOUNT 879754.

THEY HAVE IMPLANTED A MICROCHIP
IN MY BODY AND IS USING ARTIFICIAL
INTELLIGENCE TECHNOLOGY AND
MIND CONTROL USING SEXUALLY
EXPLICIT IMAGES FROM A SATELLITE
IN SPACE. THEY SCAMMED ME OUT
OF THE MONEY IN 2018 AND SINCE
THEN HAVE BEEN HARRASSING ME.
THE VATICAN IS THE ONE THAT
CONTROLS ARTIFICIAL INTELLIGENCE.

CLERK                                    8 - 30 - 2024
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON TEXAS 77208

THE WAYNE SCOTT LAW LIBRARY
AND MAILROOM PERSONEL IS
DELAYING AND HOLDING ON TO
MY LEGAL MAIL,
AND DELAYING TO GIVE ME A
SIX MONTHS COPY OF MY
INMATE TRUST FUND ACCOUNT.



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Ambrose DeSouze_  TDCJ # _879754_

Unit: _Wayne Scott_  Housing Assignment: _D3-14_

Unit where incident occurred: _Wayne Scott - J-4_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Dr. Thomas, Ms. Williams_  When? _11-29-2022_

What was their response? _____

What action was taken? _____

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am being sexually abused and raped by Pope Frances
aka Jorge Maril Bergoglio. He keep trying to
poison me and harrassing me and broadcasting
sexually explicit images in my head and eyes
they decieved me into signing over $16,000,000
dollars from my innoestrust fund account to his
church. He have a garment called a tallit that
makes him and the cardinals invisible that he
can pass through any material and fly
They are trying to force me into worshipping
a statue of the Roman Catholic Church
HE KEEP APPEARING AS A VOICE OF A
WOMAN AND SICKING ON MY PENIS

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** TO BE PROTECTED FROM THE
ROMAN CATHOLIC CHURCH AND CARDINALS BISHOPS

**Offender Signature:** _____ **Date:** 11-30-2022

**Grievance Response:**

_____

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**          ***Resubmit this form when the corrections are made.**

☐ 1.  Grievable time period has expired.

☐ 2.  Submission in excess of 1 every 7 days. *

☐ 3.  Originals not submitted. *

☐ 4.  Inappropriate/Excessive attachments. *

☐ 5.  No documented attempt at informal resolution. *

☐ 6.  No requested relief is stated. *

☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8.  The issue presented is not grievable.

☐ 9.  Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**I-127 Back** (Revised 11-2010)

Appendix F

NEVILLE AMBROSE DESOUZE
TDCJ-CID#879754
WAYNE SCOTT
P.O. BOX 660400
DALLAS, TEXAS 75266

United States Courts
Southern District of Texas
FILED

SEP 27 2024

Nathan Ochsner, Clerk of Court

CLERK
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF
POST OFFICE BOX 6101
HOUSTON TEXAS 7720